### 2275.  SOUTHERN EXPRESS COMPANY v. BAILEY.

POWELL, J. 1. In an action against a common carrier for a failure safely to transport and deliver goods committed to it by a shipper, specific allegations of negligence may be treated as surplusage. The action does not depend upon negligence. *Louisville & Nashville R. Co.* v. *Warfield,* 129 *Ga.* 473 (59 S. E. 234).

2. While a common carrier may defend against an action for loss or damage to goods, by showing that the loss or damage accrued through an inherent vice or natural deterioration of the object carried, the burden of establishing this defense is upon the carrier.

3. This court is unable to say that the verdict is without evidence to support it.          *Judgment affirmed.*

Action for damages—appeal; from McIntosh superior court—Judge Seabrook. October 30, 1909.

Submitted December 21, 1909.—Decided January 21, 1910.

*Bennet & Conyers,* for plaintiff in error.   *C. M. Tyson,* contra.